ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
(erroneously sued here as "Santa Clara
County Jail Medical Services") and
KERRI LORI HORN
(erroneously sued herein as "Lorin Horn")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS L. MUSQUEZ, | No. 07-00318 VRW |
| Plaintiff, | [~~PROPOSED~~] SCHEDULING ORDER |
| v. | |
| SANTA CLARA COUNTY JAIL MEDICAL SERVICES; Lorin Horn, R.N. Supervisor; John and Jane Does 1-20; nurses of Medical Dept. et al. | |
| Defendants. | |

On February 22, 2008, Plaintiff filed a motion for additional phone calls (i.e., additional pro per privileges) (41). Defendants are ordered to file a response no later than March 21, 2008.

On February 28, 2008, Plaintiff field a motion for joinder of parties and a motion for class certification (42-43). Defendants are ordered to file a response no later than March 28, 2008.

SO ORDERED

Date: 3/10/08

IT IS SO ORDERED
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Musquez v. Santa Clara County*                                          07-00318 VRW

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of **[PROPOSED] SCHEDULING ORDER** by placing said copy in an envelope addressed to:

Marcos Musquez
CVN338/05036797
855 N. San Pedro St.
San Jose, CA 95110

which envelope was then sealed, with postage fully prepaid thereon, on **March 7, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **March 7, 2008**, at San Jose, California.

_____
Catherine M. Grijalva

94442.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California